UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MS. EFFIE LIGON, as former Manager of IBIS COMPANY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. MS05-5023FDB<br><br>ORDER |

This cause of action has been erroneously filed as a miscellaneous action. Plaintiff, therefore, is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September 30, 2005** or this cause of action will be dismissed.

DATED this 29th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1